LXN
F.#2009R01981

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 09 2012 ★
**BROOKLYN OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

IN THE MATTER OF AN APPLICATION
OF THE UNITED STATES OF AMERICA
FOR AN ORDER AUTHORIZING THE
USE OF A PEN REGISTER AND A
TRAP AND TRACE DEVICE

- - - - - - - - - - - - - - - - X

**UNSEALING ORDER**

10 MISC. 133
10 MISC. 492
10 MISC. 807 ✓
10 MISC. 808

Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Lan Nguyen, for an order unsealing the application, order to service provider, and order of authorization in the above-captioned matter,

WHEREFORE, it is ordered that the application, order to service provider, and order of authorization in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
         February __, 2012

                                    s/Marilyn D. Go
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
                                    EASTERN DISTRICT OF NEW YORK